United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOP UDO,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No. 23-cv-02935-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO OPPOSE MOTION TO DISMISS**<br><br>Re: Dkt. No. 59 |

This matter is set for a hearing on December 8, 2023, on the motion to dismiss filed by Defendant U.S. Bank. (Dkt. No. 59.) Pursuant to Local Civil Rule of the Northern District of California 7-3, plaintiff Etop Udo's opposition or statement of non-opposition was due to be filed by no later than October 30, 2023. To date, the Court has not received any opposition or statement of non-opposition from Plaintiff.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing, by no later than December 8, 2023, why the pending motion to dismiss should not be granted in light of his failure to file a timely opposition. If Plaintiff wishes to file a substantive response to the motion to dismiss, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. In his response to this Order, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. **Plaintiff is admonished that his failure to respond to this Order by December 8, 2023, may result in dismissal without further notice.**

If Plaintiff files a substantive response to the pending motion to dismiss (and demonstrates good cause for his delay), the Court will allow U.S. Bank to file a reply by no later than December 22, 2023. The hearing set for December 8, 2023, at 9:00 a.m. is HEREBY VACATED and may be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated:  November 28, 2023

_____
JEFFREY S. WHITE
United States District Judge